# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIONELL THOLMER,<br><br>            Plaintiff,<br><br>     v.<br><br>L. L. SCHULTEIS, et al.,<br><br>            Defendants.<br>_____/ | CASE NO. 1:08-cv-00926-SMS PC<br><br>ORDER (1) GRANTING REQUEST FOR COPIES OF DISMISSALS AND DIRECTING CLERK'S OFFICE TO SCAN RECORDS AS ATTACHMENT A TO THIS ORDER, AND (2) DENYING REQUEST FOR RETURN OF STRICKEN MOTION<br><br>(Doc. 23)<br><br>ORDER GRANTING FINAL THIRTY-DAY EXTENSION OF TIME TO FILE RESPONSE TO ORDER TO SHOW CAUSE<br><br>(Doc. 16) |

Plaintiff Lionell Tholmer, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on June 23, 2008. On June 29, 2009, the Court issued an order requiring Plaintiff to show cause why his in forma pauperis status should not be revoked pursuant to 28 U.S.C. § 1915(g). After obtaining two extensions of time to respond, Plaintiff filed a motion on January 22, 2010, in which he seeks to have the Court order the Tholmer v. Henderson and Tholmer v. Smith files from archives and afford him a chance to respond to the order to show cause after he has reviewed the dismissals.[1] Plaintiff also seeks the return of his unsigned motion, which was ordered stricken from the record on November 30, 2009.

---

[1] Case numbers 2:95-cv-01417-GEB-GGH PC Tholmer v. Henderson, et al. (dismissed 04/30/1996 for failure to state a claim), and 2:95-cv-01464-WBS-GGH PC Tholmer v. Smith, et al. (dismissed 08/16/1996 for failure to state a claim).

1

1    The Court recalled the two files from archives and will provide Plaintiff with copies of the
2 findings and recommendations and dismissal orders issued in those cases.  The records shall be
3 scanned as Attachment A to this order so that they are part of the record in this action.  Plaintiff has
4 thirty days within which to file his response to the Court's order of June 29, 2009.  The order to show
5 cause was issued more than seven months ago, affording Plaintiff ample opportunity to consider his
6 response.  Therefore, no further extensions of time will be granted absent a showing of exception
7 cause.
8    Plaintiff's motion for the return of his stricken motion is denied.  Although stricken from the
9 record for lack of signature, the motion is a part of the Court's record and is not subject to return to
10 Plaintiff.
11   Accordingly, it is HEREBY ORDERED that:
12   1.  Plaintiff's motion for copies of the dismissals in Tholmer v. Henderson and Tholmer
13       v. Smith is GRANTED;
14   2.  The Clerk's Office shall scan the copies into the record as Attachment A to this
15       order;
16   3.  Plaintiff's motion for the return of his unsigned motion is DENIED; and
17   4.  Plaintiff is granted a final thirty-day extension of time to file a response to the order
18       to show cause filed on June 29, 2009.

20 IT IS SO ORDERED.
21 **Dated:    February 10, 2010**          /s/ Sandra M. Snyder
                                     UNITED STATES MAGISTRATE JUDGE